## CERTIFICATE OF SERVICE

I, Joshua Cohen _____ (name), certify that service of this summons and a copy of the complaint was made on May 3, 2024 _____ (date) by:

[X] Mail service: Regular, first class United States mail, postage fully pre–paid addressed to:
Secretary Miguel Cardona
US Department of Education
400 Maryland Avenue SW
Washington, DC 20202

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

May 3, 2024 _____          /s/ Joshua Cohen _____
Date                                                                Signature

| Print Name | | |
| --- | --- | --- |
| Joshua Cohen | | |
| Business Address | | |
| PO Box 1040 | | |
| City | State | Zip |
| St. Albans | VT | 05478 |

## CERTIFICATE OF SERVICE

I, Joshua Cohen _____(name), certify that service of this summons and a copy of the complaint was made on May 3, 2024 _____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid addressed to:
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

May 3, 2024 _____          /s/ Joshua Cohen _____
Date                                                                  Signature

| Print Name | | |
|---|---|---|
| Joshua Cohen | | |
| Business Address | | |
| PO Box 1040 | | |
| City | State | Zip |
| St. Albans | VT | 05478 |

# CERTIFICATE OF SERVICE

I, Joshua Cohen _____ (name), certify that service of this summons and a copy of the complaint was made on May 3, 2024 _____ (date) by:

[X] Mail service: Regular, first class United States mail, postage fully pre–paid addressed to:
U.S. Attorney Jacqueline C. Romero
U.S. Department of Justice
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: (Describe briefly)

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

May 3, 2024 _____          /s/ Joshua Cohen _____
        Date                                     Signature

| | |
|---|---|
| Print Name<br>Joshua Cohen | |
| Business Address<br>PO Box 1040 | |
| City<br>St. Albans | State<br>VT | Zip<br>05478 |